UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
DINO ANTOLINI,

               Plaintiff,

      -against-

MARGARET WORT, CHRISTINE M SWEEMEY,
ROBERT SHAPIRO, LAURA SHAPIRO,
ALEXANDRA SHAPIRO, ANTHONY S FELZEN
and PEI MUSSEL KITCHEN, LLC,

               Defendants.
----------------------------------------------------------------- X

**NOTICE OF MOTION FOR LEAVE TO AMEND ANSWER**

Index No. 18-CV-4055

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Daniel S. Moretti, dated August 23, 2018, the exhibits annexed thereto, the memorandum of law in support, and upon all pleadings, papers and proceedings heretofore had herein, the undersigned will move this Court before the Hon. Paul A. Engelmayer, U.S.D.J., in Courtroom 1305 of the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York, 10007, for an Order: (1) granting Defendants Robert Shapiro, Laura Shapiro, Alexandra Shapiro, Anthony S. Felzen, incorrectly sued herein as Anthony S. Feizen, and PEI Mussel Kitchen, LLC's leave to amend their answer to edit an affirmative defense and assert an additional affirmative defense pursuant to Rule 15(a) of the Federal Rules of Civil Procedure; and (2) for such other and further relief as the Court shall deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, should be served in accordance with Rule 6 of the Federal Rules of Civil Procedure and Local Civil Rule 6.1.

4829-6006-0272v.1

Dated: New York, New York
August 23, 2018

                                    Yours, etc.,

                                    LANDMAN CORSI BALLAINE & FORD P.C.

By: _____[signature]_____
        Daniel S. Moretti
        Sonali Setia
        Attorneys for Defendants
        ROBERT SHAPIRO, LAURA SHAPIRO,
        ALEXANDRA SHAPIRO, ANTHONY S.
        FELZEN AND PEI MUSSEL KITCHEN, LLC
        120 Broadway 27th Floor
        New York, New York 10271
        (212) 238-4800