STUART H. FINKELSTEIN, ESQ.

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900
December 6th, 2018

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York - Courtroom 1305
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> Re: Antolini vs. Wort, et al
> Case No.: 1:18-cv-04055-PAE

Dear Judge Engelmayer,

To remind the Court, I represent the Plaintiff in the above matter. Your Honor
has scheduled a pre-motion conference for December 10, 2018. I have
emailed and left a voice mail on both Mr. Moretti's cell phone and office
number asking if there is an objection to the adjournment. I have not heard
back from him. This is my first application for an adjournment of this
conference.

I ask for the adjournment as my son and I will be out town as he has his
scheduled tours visiting law schools.

If the conference can be scheduled for the third week of January it would be
very much appreciated.

Thanking the Court, I remain,

Very truly yours,

Stuart H. Finkelstein

SHF/tc
To all Counsel of record via ECF