STUART H. FINKELSTEIN, ESQ.

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

March 6, 2019

Judge Paul A. Engelmayer
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Antolini vs. Wort, et al
Case No.: 18-cv-01337

Dear Judge Engelmayer,

I have represented Plaintiff Dino Antolini in this matter and continue to do so. In addition, I am filing the Stipulation of Discontinuance, with prejudice today's date.

Moreover, Mr. Antolini and I attended court ordered mediation this morning at 40 Foley Square in an unrelated matter.

My apologies for any inconveniences I have caused by not filing it in a timely fashion.

Very truly yours,

Stuart H. Finkelstein