UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - -x
DINO ANTOLINI,

                Plaintiff,

    -against-

MARGARET WORT, CHRISTINE M.
SWEEMEY, ROBERT SHAPIRO, LAURA
SHAPIRO, ALEXANDRA SHAPIRO,
ANTHONY S. FEIZEN and PEI MUSSEL KITCHEN, LLC,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 3/8/19 |

Case No.: 18-CV-4055(PAE)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys of record for the parties in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, and without costs or disbursements as to either side.

**IT IS FURTHER STIPULATED AND AGREED** that signatures that are in scanned, facsimile or photocopy form shall have the same force and effect as original signatures.

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be filed without further notice with the clerk of the Court.

Dated: New York, New York

SIGNATURES ON NEXT PAGE

1

By: /s/ _____
Stuart H. Finkelstein, Esq.
FINKELSTEIN LAW GROUP, PLLC
Attorney for Plaintiff
338 Jericho Turnpike
Syosset, New York 11791
Telephone: (718) 261-4900

Dated: February 2, 2019

By: /s/ _____
Daniel S. Moretti, Esq.
LANDMAN CORSI BALLAINE & FORD P.C
Attorney for Defendants Robert Shapiro
Laura Shapiro, Alexandra Shapiro, Anthony S.
Felzen and PEI Mussel Kitchen, LLC
120 Broadway – 27th floor
New York, New York 10271
Telephone: 212-238-4800

Dated: Feb 5, 2019

By: /s/ _____
Steven Kirkpatrick, Esq.
BELKIN BURDEN WENIG & GOLDMAN, LLP
Attorney for Defendants Margaret Wort and
Christine M. Sweeney
270 Madison Avenue
New York, New York 10016
(212) 867-4466

Dated: February 7, 2019

SO ORDERED.

3/8/19

_____
PAUL A. ENGELMAYER
United States District Judge

2

4836-5710-7078v.1